**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Timothy Bernard
In Proper Person
1224 Carmel Drive
Lafayette, LA  70501

Sheman Bernard
In Proper Person
1224 Carmel Drive
Lafayette, LA  70501

> Judgment on rehearing rendered and mailed to all parties or counsel of record on May 25, 2022

**REHEARING ACTION: May 25, 2022**

**Docket Number: 21   00628-CA**

**TIMOTHY BERNARD AND SHEMAN BERNARD**
**VERSUS**
**LAFAYETTE CONSOLIDATED GOVERNMENT**

**Appealed from Lafayette Parish Case No. C-20187051**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks**
**Hon. Billy Howard Ezell**
**Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Timothy and Sheman Bernard** has this day been

**DENIED.**

cc: Cearley W. Fontenot, Counsel for the Appellee
    Lawrence Edward Marino, Counsel for the Appellee